# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| AMERICAN UNITED LIFE INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | Civil Action No. 2:13-CV-220 JVB |
| STEVEN GREER, et al., | |
| Defendants. | |

**ORDER**

This matter is before the Court on the report and recommendation of Magistrate Judge James Martin entered on August 25, 2014. For reasons fully explained in the report, Judge Martin recommends that the Court dismiss Defendants Juanita Estes, Melinda Wade, and Donita Warmack from the case without prejudice.

These parties were notified that they had fourteen days within which to file objections to the recommendation. More than fourteen days have passed without any objections having been filed. Accordingly, the Court adopts Judge Martin's report and recommendation and orders that Defendants Juanita Estes, Melinda Wade, and Donita Warmack are DISMISSED from the case without prejudice.

SO ORDERED on September 16, 2014.

        s/ Joseph S. Van Bokkelen
        Joseph S. Van Bokkelen
        United States District Judge