# United States District Court
# Northern District of Indiana
# Hammond Division

| | |
|---|---|
| AMERICAN UNITED LIFE INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | Civil Action No. 2:13-CV-220 JVB |
| STEVEN GREER, et al., | |
| Defendants. | |

**ORDER**

This matter is before the Court on the report and recommendation of Magistrate Judge James Martin entered on October 27, 2014 (DE 98). For reasons fully explained in the report, Judge Martin recommends that the Court dismiss Defendant Angela Bowman from the case without prejudice.

Ms. Bowman was notified that she had fourteen days within which to file objections to the recommendation. More than fourteen days have passed without any objections having been filed. Accordingly, the Court adopts Judge Martin's report and recommendation and orders that Defendant Angela Bowman is DISMISSED from the case without prejudice.

SO ORDERED on November 14, 2014.

s/ Joseph S. Van Bokkelen
Joseph S. Van Bokkelen
United States District Judge